**FILED**
November 18, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ALEXANDER G. HAMMOND, ) <br> ) <br> Defendant. ) | Case No. 2:11-CR-00486-WBS <br><br> ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ALEXANDER G. HAMMOND</u>, Case No. <u>2:11-CR-00486-WBS</u>, Charge <u>Title 18 USC § 2252(a)(2)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

✔   Bail Posted in the Sum of $ <u>25,000 (co-signed)</u>

   ✔   Unsecured Appearance Bond

   ___   Appearance Bond with 10% Deposit

   ___   Appearance Bond with Surety

   ___   Corporate Surety Bail Bond

   ✔   (Other)    <u>With pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>November 18, 2011</u> at   3:37   pm  .

By  *Dale A. Drozd* (signature)
Dale A. Drozd
United States Magistrate Judge