**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile:  (916) 444-5558

Attorneys for Defendant Alexander G. Hammond

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:11-CR-00486-WBS |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **MODIFY TERMS AND CONDITIONS OF** |
| vs. ) | **PRETRIAL RELEASE** |
| ) | |
| ALEXANDER G. HAMMOND, ) | Judge: Hon. Kendall J. Newman |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |
| ) | |

Defendant by and through his undersigned counsel, Johnny L. Griffin, III, and the United States of America, through Assistant U.S. Attorney Matthew G. Morris, hereby stipulate and request the Court to modify the terms and conditions of Defendant's pretrial release to allow him use of computer internet service for employment purposes as authorized and directed by the Pretrial Service Office, under the terms and conditions set forth in the District of South Carolina Computer Monitoring Program Participant Agreement, a copy of which is attached hereto as "Exhibit A" and incorporated herein by reference.  The parties further stipulate and request the Court to modify the

Motion to Modify Terms and Conditions of Pretrial Release- 1

terms and conditions of Defendant's pretrial release to allow him to travel to Savannah, Georgia, with the prior approval from the Pretrial Services Officer, for employment purposes.[1]

These modifications are necessary to facilitate Defendant's efforts in seeking and obtaining employment.  For this reason, the parties stipulate and request the Court to modify the terms and conditions of Defendant's pretrial release: (1) to allow his use of computer internet services for employment purposes as authorized and directed by the Pretrial Service Office, under the terms and conditions set forth in the District of South Carolina Computer Monitoring Program Participant Agreement; and (2) to allow him to travel, with the prior approval by the Pretrial Service Officer, to Savannah, Georgia for the employment purposes.

Dated: December 15, 2011        Respectfully submitted,

/s/ Matthew G. Morris[2]
MATTHEW G. MORRIS
Assistant U.S. Attorney

Dated:  December 15, 2011        /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant
Alexander G. Hammond

**ORDER**

Based on the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**
**DATED:  December 16, 2011**

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Pretrial Service Officers Rebecca Fidelman (Eastern District of California) and Monica Hampton (District of South Carolina) have no objection to these modified terms and conditions of pretrial release.

[2] Assistant U. S Attorney Matthew G. Morris telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on his behalf.

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200; Sacramento, CA 95814
(916) 444-5557
www.johnnygriffinlaw.com