1  **LAW OFFICES OF JOHNNY L. GRIFFIN III**
   **JOHNNY L. GRIFFIN, III (SBN 118694)**
2  1010 F Street, Suite 200
   Sacramento, CA 95814
3  Tel.: (916) 444-5557
   Fax: (916) 444-5558
4
   Attorney for ALEXANDER G. HAMMOND
5

6                    **UNITED STATES DISTRICT COURT**

7                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

| | | |
|---|---|---|
| 9 | UNITED STATES OF AMERICA, | ) Case No.: 2:11-CR-00486-WBS |
| | | ) |
| 10 | Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | | ) **CONTINUE STATUS CONFERENCE** |
| 11 | vs. | ) |
| | | ) Date:  August 6, 2012 |
| 12 | ALEXANDER G. HAMMOND | ) Time:  9:30 a.m. |
| | | ) Court: Hon. William B. Shubb |
| 13 | Defendant. | ) |
| | | ) |

14

15  Defendant, by and through his undersigned counsel, Johnny L. Griffin III, and the

16  United States of America, through Assistant United States Attorney Matthew G. Morris,

17  hereby agree and stipulate to continue the status conference in the above captioned case

18  from August 6, 2012 at 9:30 a.m. to September 24, 2012 at 9:30 a.m.[1]  This continuance is

19  requested to allow counsel for Defendant additional time to further review computerized

20  evidence and to meet with counsel for the Government to discuss the terms of the written

21  plea agreement.  In addition, the parties agree and stipulate that time be excluded from

22  August 6, 2012 to September 24, 2012 pursuant to Local Code T4, and 18 U.S.C. §

23  3161(h)(1)(8)(B)(iv).

---

[1] The parties have been advised by this Court's Clerk that September 24, 2012 at 9:30 a.m. is an available date and time for a status conference on this matter.

STIPULATION AND [PROPOSED] ORDER - 1

Dated: July 31, 2012  /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant Alexander G. Hammond

Dated: July 31, 2012  /s/ Matthew G. Morris [2]
MATTHEW G. MORRIS
Assistant United States Attorney

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: July 31, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[2] Assistant United States Attorney Matthew G. Morris telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.