1  **LAW OFFICES OF JOHNNY L. GRIFFIN III**
   **JOHNNY L. GRIFFIN, III (SBN 118694)**
2  1010 F Street, Suite 200
   Sacramento, CA 95814
3  Tel.: (916) 444-5557
   Fax: (916) 444-5558
4
   Attorney for ALEXANDER G. HAMMOND
5

6                      **UNITED STATES DISTRICT COURT**

7                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9  UNITED STATES OF AMERICA,          )  Case No.: 2:11-CR-00486-WBS
                                      )
10         Plaintiff,                 )  **STIPULATION AND [PROPOSED]**
                                      )  **ORDER TO CONTINUE STATUS**
11     vs.                            )  **CONFERENCE**
                                      )
12 ALEXANDER G. HAMMOND                )  Date:  September 24, 2012
                                      )  Time:  9:30 a.m.
13         Defendant.                 )  Court: Hon. William B. Shubb
                                      )
14 _____

15     Defendant, by and through his undersigned counsel, Johnny L. Griffin III, and the

16 United States of America, through Assistant United States Attorney Matthew G. Morris,

17 hereby agree and stipulate to continue the status conference in the above captioned case

18 from September 24, 2012 at 9:30 a.m. to November 13, 2012 at 9:30 a.m.[1]  This continuance

19 is requested to allow the parties additional time to meet and confer on issues regarding the

20 computerized evidence in this case in connection with a proposed written plea agreement.

21
   In addition, the parties agree and stipulate that time be excluded from September 24, 2012 to
22
   November 13, 2012 pursuant to Local Code T4, and 18 U.S.C. § 3161(h)(1)(8)(B)(iv).
23

24 Dated: September 18, 2012            /s/ Johnny L. Griffin, III

25
---
[1] The parties have been advised by this Court's Clerk that November 13, 2012 at 9:30 a.m. is an available date and time for a status conference on this matter.

STIPULATION AND [PROPOSED] ORDER - 1

JOHNNY L. GRIFFIN, III
Attorney for Defendant Alexander G. Hammond

Dated: September 18, 2012        /s/ Matthew G. Morris [2]
MATTHEW G. MORRIS
Assistant United States Attorney

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated:  September 20, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[2] Assistant United States Attorney Matthew G. Morris telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.