**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
**ALEXANDER G. HAMMOND**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:11-CR-00486-WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | ) |
| ALEXANDER G. HAMMOND, | ) DATE:  July 29, 2013 |
| Defendant. | ) TIME:  9:30 a.m. |
| | ) COURT:  Hon. William B. Shubb |

Defendant ALEXANDER G. HAMMOND, by and through his undersigned counsel, Johnny L. Griffin, III, and the United States of America, through Assistant U.S. Attorney Matthew G. Morris, hereby stipulate and request that the Court continue the status conference in the above captioned case from July 29, 2013 to August 26, 2013.[1]  Though defense counsel has obtained the bulk of military records previously requested, additional time is now needed to allow the defense time to engage in meaningful negotiations in connection with finalizing the terms and conditions of the written plea agreement.

---

[1] The parties have been advised by this Court's Clerk that August 26, 2013 at 9:30 a.m. is an available date and time for a status conference on this matter.

1

For these reasons, the parties stipulate and request that the case be continued to August 26, 2013, and that the Court exclude time within which the trial must commence under the Speedy Trial Act from July 29, 2013 through August 26, 2013, to allow for defense preparation under 18 U.S. C. § 3161(h)(8)(A) and (B)(iv).

Dated: July 25, 2013            Respectfully submitted,
                                /s/ Matthew G. Morris[2]
                                MATTHEW G. MORRIS
                                Assistant U.S. Attorney

Dated: July 25, 2013            /s/ Johnny L. Griffin, III
                                JOHNNY L. GRIFFIN, III
                                Attorney for Defendant
                                ALEXANDER G. HAMMOND

**ORDER**

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendants counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**
**Dated:  July 27, 2013**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[2] Assistant U. S Attorney Matthew G. Morris telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on his behalf.