**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
**ALEXANDER G. HAMMOND**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-CR-00486-WBS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR REMOVAL OF ELECTRONIC MONITORING DEVICE** |
| vs. | |
| ALEXANDER G. HAMMOND, | |
| Defendant. | |

Defendant ALEXANDER G. HAMMOND, by and through his undersigned counsel, Johnny L. Griffin, III, and the United States of America, through Assistant U.S. Attorney Matthew G. Morris, hereby stipulate and request that the Court enter an Order authorizing on January 20, 2015 the removal of the electronic monitoring device (bracelet) from defendant, which he was previously ordered to wear as a condition of his pretrial release.  This stipulation and request is based on defendant's traveling to Sumterville, Florida to commence his 30 month prison commitment.

Specifically, defense counsel was contacted by Pretrial Service Officer Ryan Garcia and advised that on January 20, 2015 defendant will travel from his home in Bluffton, South Carolina

1

to FCI Coleman Low in Sumterville, Florida to commence serving his 30 month prison commitment on January 21, 2015.  Officer Garcia further advised that a court order is needed for the removal of the electronic monitoring device prior to defendant's travel and requested that defense counsel obtain such Order. Office Garcia also advised that he has confirmed the defendant's travel itinerary and does not oppose the removal of the electronic monitoring device on January 20, 2015.  Defense counsel subsequently contacted Assistant U.S. Attorney Matthew Morris and advised him of the above discussions with Officer Garcia. AUSA Morris does not oppose the removal of the electronic monitoring device on January 20, 2015.

For these reasons, the parties stipulate and request that the Court enter an Order authorizing the removal of the electronic monitoring device (bracelet) from defendant on January 20, 2015.

Dated: January 14, 2015          Respectfully submitted,
                                 /s/ Matthew G. Morris
                                 MATTHEW G. MORRIS
                                 Assistant U.S. Attorney

Dated: January 14, 2015          /s/ Johnny L. Griffin, III
                                 JOHNNY L. GRIFFIN, III
                                 Attorney for Defendant
                                 ALEXANDER G. HAMMOND

### ORDER

Based on the stipulation of the parties, the Court hereby Order the removal of the electronic monitoring device (bracelet) from defendant on January 20, 2015.

**IT IS SO ORDERED.**

Dated:  January 14, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE